UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY D. McAFEE, | ) |
|         Plaintiff, | ) No. CV-07-320-CI |
| v. | ) ORDER GRANTING STIPULATED |
|  | ) MOTION TO REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|         Defendant. | ) |

Based on the stipulation of the parties,

**IT IS ORDERED** that the Stipulation Motion **(Ct. Rec. 18)** is **GRANTED.** The above-captioned case shall be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following: The administrative law judge will re-evaluate the medical source opinions of record, particularly the opinions by Drs. Condon, Rose, and Weilepp; clarify the specific diagnoses of impairments found severe at step 2; consider the physical capacities assessment of Loren C. Miller, D.C., pursuant to SSR 06-03p; re-evaluate Plaintiff's credibility; re-evaluate Plaintiff's residual functional capacity; obtain clarification from a vocational expert at step 4 and re-evaluate whether Plaintiff can return to her past relevant work and, if warranted, obtain supplemental vocational expert evidence at step 5 of the sequential evaluation.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED June 9, 2008.

　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2